STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a Corporation, Appellant,

v.

Wendell B. FIELDS, Administrator of the
Estate of William B. Fields, Deceased,
Lorraine Jones, Anna Mae Jones, Lorraine Jones, Sr. and Raymah L. Alkire,
Appellees.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a Corporation, Appellee,

v.

Wendell B. FIELDS, Administrator of the
Estate of William B. Fields, Deceased,
Lorraine Jones, Anna Mae Jones, Kathy
Marlene Jones and Raymah L. Alkire,
Appellants.

Nos. 20660, 20679.

United States Court of Appeals,
Eighth Circuit.

March 19, 1971.

Eugene E. Andereck, Pickett, Andereck, Hauck & Sharp, Trenton, Mo., for State Farm Mut. Automobile Ins. Co.

Stephen J. Millett, James S. Millett, Kingston, Mo., for Wendell B. Fields, etc.

Before LAY, HEANEY and BRIGHT, Circuit Judges.

PER CURIAM.

This is an appeal from a declaratory judgment rendered against an insurance company declaring coverage under an oral binder agreement to furnish liability insurance on an automobile owned by William B. Fields, a minor, now deceased. The insured and other appellees cross-appeal from the district court's finding that the maximum amount of insurance in question was $10,000 for the payment of bodily injury to one person and $20,000 for all injuries arising out of the same accident.

The facts and law are fully set forth in the district court's memorandum opinion, 325 F.Supp. 1135. We have fully reviewed the evidence and the case law applicable. There exists no showing that the findings of fact of the district court are clearly erroneous. Nor do we agree that the district court has misapplied Missouri law. On the basis of the district court's opinion we affirm the judgment rendered. The appellant shall pay all costs except one-third of the total costs incurred by the appellees in printing their brief.

Judgment affirmed.

Stanley V. TUCKER, Plaintiff and
Appellant,

v.

JUSTICES OF the SUPREME COURT
OF the STATE OF CALIFORNIA,
Appellees.

No. 24625.

United States Court of Appeals,
Ninth Circuit.

May 14, 1971.

Stanley V. Tucker, in pro. per.

Evelle J. Younger, Cal. Atty. Gen., Victor D. Sonenber, Deputy Atty. Gen., San Francisco, Cal., for appellees.

Before CHAMBERS, Circuit Judge, MADDEN, Judge of the United States Court of Claims, and DUNIWAY, Circuit Judge.

PER CURIAM:

The order of dismissal of plaintiff-appellant's civil rights complaint is affirmed.

Tucker failed to timely petition the Supreme Court of California for a hearing. At least, that is the implication of that court's failure to accept the petition for filing.

We find no federal jurisdiction or federal question. Dismissal in the district court was proper.